Martha G. Bronitsky
Chapter 13 Standing Trustee
Po Box 5004
Hayward,CA 94540

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In Re
   Gil Galzote

Chapter 13 Case Number:
15-43456-RLE13

Debtor(s)

## MOTION TO DISMISS OR CONVERT CHAPTER 13 CASE FOR FAILURE TO MAKE PLAN PAYMENTS

**TO THE DEBTOR(S) AND DEBTOR(S)' ATTORNEY:**

Martha G Bronitsky, Chapter 13 Standing Trustee, requests an Order Dismissing or Converting this case

pursuant to 11 U.S.C. Section 1307(c) upon the grounds that the debtor(s) is in material default for the

following resons:

1. **YOU ARE IN DEFAULT UNDER YOUR CHAPTER 13 PLAN.**

   As of February 17, 2016 you should have paid a total of $1,500.00 to the Chapter 13 Trustee.

According to the Trustee's records, you are in default in the amount of $450.00. The default amount

includes the current's month payment.  Payments must be current until this Motion is resolved.

2. In order to continue to receive protection of the United States Bankruptcy Court: **YOU MUST** bring the

case current by paying in certified funds to the Trustee in the amount of  $450.00 within 21 days of the

date of this notice.

3. Unless you pay the default amount, as provided in paragraph 2 above, twenty-one (21) days from the

date of this notice, **YOUR CASE SHALL BE IMMEDIATELY DISMISSED OR CONVERTED**

**WITHOUT ANY FURTHER NOTICE OR HEARING**

Dated: February 17, 2016

/s/ Martha G. Bronitsky
_____
Signature of Martha G. Bronitsky
Chapter 13 Standing Trustee

| | |
|---|---|
| In re | Chapter 13 Case No. |
| Gil Galzote | 15-43456-RLE13 |
| debtor(s) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the within and foregoing document on the debtor (s), counsel for debtor (s), and if applicable, the creditor, creditor representatives and the registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Gil Galzote                                      Geoffrey Wiggs Atty
4505 Niland St                                   1900 S Norfolk St #350
Union City,CA 94587                              San Mateo,CA 94403

(Debtor(s))                                      (Counsel for Debtor)

Date: February 17, 2016                          /s/ Martha Ivania Silva
                                                 Martha Ivania Silva